UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE BENTLEY, :
: CIVIL ACTION NO. 3:22-0960
Petitioner :
: (JUDGE MANNION)
v. :
:
J. L. JAMESON, WARDEN, :
:
Respondent :

### ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for a writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241 is **DISMISSED** without prejudice for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** the above captioned case.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated:  December 28, 2022
22-0960-01-Order